UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-61873

MAXIMUM MARKETING, INC., a for Profit Florida corporation,,

    Plaintiff,

vs.

REVIVA LABS, INC., a for Profit New Jersey Corporation, RENEE C. VIDAL, ESQ,, and SENDAYCO, LLC

    Defendants.
_____/

**DEFENDANTS' ADDENDUM TO NOTICE OF REMOVAL**

Defendants, Reviva Labs, Inc., and Renee C. Vidal, Esq., (collectively, "Defendants"), by and through their undersigned counsel and pursuant to this Court's Order to Show Cause Regarding Subject Matter Jurisdiction, file this Addendum to the Notice of Removal [D.E. 1], and in support of removal, state as follows:

1. Sendayco, LLC is an Ohio limited liability corporation. Sendayco, LLC has two members, Troy Augustine and Aaron Forgue. Augustine and Forgue are residents of Ohio. [D.E. 9-1, Affidavit at ¶¶4-7].

Dated: October 17, 2024.

                        Respectfully submitted,

                        **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
                        *Counsel for Defendants Reviva Labs, Inc., and Renee C. Vidal, Esq.*
                        100 S.E. Second Street, Suite 2600
                        Miami, Florida 33131
                        Tel: (786) 425-1045
                        Fax: (786) 425-3905
                        For Service of Pleadings:

        Servicemia@boydlawgroup.com

By: /s/ *Craig J. Shankman*
    **Craig J. Shankman, Esq.**
    Florida Bar No. 111766
    cshankman@boydlawgroup.com
    **Marcus A. Nielsen, Esq.**
    Florida Bar No. 1010803
    mnielsen@boydlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2024, the foregoing was electronically filed with the Clerk of Court using CM/ECF and served this day on all counsel of record via the Court's e-service system. The foregoing was served U.S. mail to those on the Service List below:

Melanie A. Cambridge, P.A.
*Counsel to Plaintiff*
The Dadeland Law Center at the Metropolis
7340 SW 90th Street, Miami, FL 33156
Tel: (305) 582-2445
mcambridgelaw@gmail.com